No. 21517.

KENNETH LEROY MOLLENKOPF *v.* THE PEOPLE
OF THE STATE OF COLORADO.
(412 P.2d 227)

Decided March 14, 1966.     Rehearing denied April 4, 1966.

B. E. SCHALOW, for plaintiff in error.

DUKE W. DUNBAR, Attorney General, FRANK E. HICKEY, Deputy, JOHN P. MOORE, Assistant, for defendant in error.

*En Banc.*

MR. JUSTICE FRANTZ delivered the opinion of the Court.

MOLLENKOPF was convicted of the crime of felonious escape under C.R.S. 1963, 40-7-53 (C.R.S. '53, 40-7-54). He seeks a reversal by writ of error, alleging as error the trial court's denial of his motion to quash the information and its refusal of his tendered instruction on the People's burden in establishing his identity as one previously convicted of a felony.

This is a companion case to *Schwickrath v. People,* 159 Colo. 390, 411 P.2d 961, but does not contain the assignments of error relative to proof of mental condition and instruction on the theory of attempted escape.

On the authority of *Schwickrath, supra; Gallegos v. People,* 159 Colo. 379, 411 P.2d 956; and *Silva v. People,* 158 Colo. 326, 407 P.2d 38, the judgment is affirmed.

MR. JUSTICE DAY not participating.